IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TION ALONZO HILL,** | Case No. 2:17-cv-02200-TLN AC P |
| Petitioner, | [Proposed] ORDER |
| v. | |
| **ERIC ARNOLD, Warden,** | |
| Respondent. | |

Respondent has filed a request for a sixty-two-day extension of time, up to and including December 2, 2019, to file an answer to plaintiff's petition. ECF No. 14. Respondent states that a stipulation from petitioner has not been sought because petitioner is incarcerated and is representing himself. See id. at 1.

In support of the motion, counsel for respondent states that this matter was recently assigned to her. See ECF No. 14-1 at 1. In addition, counsel states that she has several other matters in her caseload to prepare which take chronological precedence over the instant action. See id. at 2.

////

////

////

Good cause appearing, IT IS HEREBY ORDERED that the time within which respondent is to file a response to this Court's Order issued August 2, 2019, will be extended to December 2, 2019. Petitioner's response shall be filed within thirty (30) days of the date the response is filed.

DATED: October 4, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE