UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TION ALONZO HILL,

    Petitioner,

v.

ERIC ARNOLD,

    Respondent.

No. 2:17-cv-2200 TLN AC P

ORDER

Petitioner is a state prisoner proceeding pro se. On September 19, 2019, petitioner filed a motion to amend the instant petition. See ECF No. 11 at 1-2. This is his first request to amend.

In support of the motion, petitioner states that he has exhausted his additional claims in state court and would like to add them to his petition. See id. In addition, petitioner has filed the amended petition with his motion as the Local Rules require. See L.R. 220; see also ECF No. 11 at 3-9.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to amend the petition, filed September 19, 2019 (ECF No. 11), is GRANTED. See Fed. R. Civ. P. 15(a)(2);

////

////

////

1

2. The Clerk of Court shall rename petitioner's September 19, 2019 filing (ECF No. 11) "Motion to Amend and First Amended Petition" on the docket, and

3. Respondent's answer shall address the claims in the first amended petition.

DATED: October 7, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE