UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TION ALONZO HILL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ERIC ARNOLD, WARDEN,<br><br>　　　　　Respondent. | No. 2:17-cv-2200 TLN AC P<br><br><br>ORDER |

Respondent has requested a seven-day extension of time to file an answer to petitioner's petition. ECF No. 17. The answer is currently due December 2, 2019. This is respondent's second request for an extension of time. See ECF Nos. 14, 17.

In support of the motion, counsel for respondent avers that due to the size of the state court record as well as the holiday week, the Office of the Attorney General's duplication unit will be unable to prepare the record for filing until December 2, 2019. See ECF No. 17-1 at 1-2. In addition, counsel's supervisor must also review the memorandum of points and authorities prior to filing, and due to the holidays, that review may not be completed until later in the week of December 2, 2019. See ECF No. 17-1 at 2. A stipulation from petitioner has not been sought because he is incarcerated and is representing himself. See ECF No. 17 at 1.

////

////

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 | 1. Respondent's request for an extension of time to file an answer to the petition (ECF No. 17) is GRANTED, and

3 | 2. Respondent shall file an answer within seven days of the date of this order.

DATED: December 2, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE