UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TION ALONZO HILL, | No. 2:17-cv-2200 TLN AC |
| Petitioner, | |
| v. | ORDER |
| ERIC ARNOLD, WARDEN, | |
| Respondent. | |

On December 6, 2019, respondent filed a request to file documents under seal pursuant to Local Rule 141. See ECF No. 20-1. The documents respondent wishes to file under seal are Exhibit 3, which is the state court Clerk's Transcript, and volumes 7 and 8 of Exhibit 6, which are part of the state court Reporter's Transcript. These documents were filed and maintained under seal in state court. See id. at 1. Respondent states that this court, both parties, and the representatives of both parties shall be permitted access to these documents. See id. at 1.

Good cause appearing, IT IS HEREBY ORDERED that Exhibit 3 (state court Clerk's Transcript) and volumes 7 and 8 of Exhibit 6 (state court Reporter's Transcript) be filed under seal.

DATED: December 9, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE