UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TION ALONZO HILL, | No. 2:17-cv-2200 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| ERIC ARNOLD, WARDEN, | |
| Respondent. | |

On January 20, 2022, Petitioner filed a request for a certificate of appealability in this matter. ECF No. 37. This habeas corpus action was terminated on December 8, 2021. ECF Nos. 35, 36. At that time, the District Court Judge assigned to this action declined to issue a certificate of appealability and the case was closed. ECF No. 35. Petitioner is advised that documents he has filed since the closing date will be disregarded, and no orders will issue in response to future filings.

DATED: January 24, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE